United States District Court
Southern District of Texas
**ENTERED**
June 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, § § Plaintiff, § § VS. § § OMNI CONSTRUCTION COMPANY, § INC., *et al.*, § § Defendants. § § § | CIVIL ACTION NO. 4:21-CV-02119 |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 9, 2022. Doc. #38. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Accordingly, the Court hereby GRANTS IN PART AND DENIES IN PART Plaintiff's Motion to Dismiss (Doc. #13). Plaintiff's request for a more definite statement is DENIED and Defendant Odom Texas Development, LLC's counterclaims are DISMISSED without leave to amend.

It is so ORDERED.

JUN 2 9 2022
Date

The Honorable Alfred H. Bennett
United States District Judge