United States District Court
Southern District of Texas
**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, § § Plaintiff, § § VS. § § OMNI CONSTRUCTION COMPANY, § INC., *et al.*, § § Defendants. § § § | CIVIL ACTION NO. 4:21-CV-02119 |

## FINAL JUDGMENT

On January 12, 2023, the Court granted Plaintiff's Motion for Summary Judgment (Doc. #41), declaring that Plaintiff owes no coverage for the January 5, 2021 arbitration award issued against Defendant Omni Construction Company, Inc. and in favor of Defendant Odom Texas Development, LLC under the commercial general liability policies and umbrella policies issued to Defendant Omni. Doc. #54. Considering there are no remaining claims, this case is hereby resolved.

This is a **FINAL JUDGMENT**.

FEB 2 2 2023
Date

_____
The Honorable Alfred H. Bennett
United States District Judge